UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDERJEET SINGH,<br><br>               Petitioner,<br><br>    v.<br><br>WARDEN OF THE GOLDEN STATE<br>ANNEX DETENTION FACILITY, et al.,<br><br>               Respondents. | No.  1:25-cv-01632-SKO (HC)<br><br>**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>**[TEN (10) DAY DEADLINE]** |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 1, 2025, the Court issued an order directing Respondents to show cause within thirty (30) days why the petition should not be granted. (Doc. 7.) Over thirty (30) days have passed, and Respondent has not filed a response or otherwise responded to the Court's order.

Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

//

//

//

1

Accordingly, Respondent is HEREBY ORDERED to, within ten (10) days of service of this Order, SHOW CAUSE why sanctions should not be imposed for failure to comply with a court order.

IT IS SO ORDERED.

Dated:    **January 12, 2026**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE